**DOCKET NUMBER:** <u>CR 14-0442 (KAM)</u>

### CRIMINAL CAUSE FOR Pleading

**BEFORE JUDGE: James Orenstein, USMJ**     **DATE:** 12/07/2017 **TIME IN COURT 30 MINS**

**DEFENDANT'S NAME: <u>Juan Ramon Matta-Waldurraga</u>**     **DEFENDANT'S #: 1**
- ■     Present     ❑     Not Present     ■     Custody     ❑     Not Custody

**DEFENSE COUNSEL: <u>Irwin Lichter</u>**
- ❑     Federal Defender     ❑     CJA          ■     Retained

**A.U.S.A.: <u>Marcia Henry</u>**

**CASE MANAGER OR MAGISTRATE CLERICAL:   <u>Alicia Guy</u>**

**FTR: <u>2:11 – 2:44</u>**

**INTERPRETER: <u>Rosa Oliviera</u> LANGUAGE: <u>Spanish</u>**

- ■     Case Called
- ■     Change of Plea Hearing (~*Util-Plea Entered*)
- ■     Deft. Sworn and Informed of Rights
- ■     Deft. Withdraws Not Guilty Plea and Enters a Plea of Guilty to the Single Count in the Indictment
- ■     Court Finds Factual Basis for the Plea
- ■     Deft. Continued in Custody
- ■     Sentencing is scheduled for March 28, 2018, at 11:00 a.m. before District Judge Matsumoto
- ■     Transcript Ordered

## UTILITIES

- ■     ~Util-Plea Entered     ❑     ~Util-Add terminate Attorneys     ❑     ~Util-Bond Set/Reset
- ❑     ~Util-Ex parte Matter ❑     ~Util-Indictment Unsealed
- ❑     ~Util-Information Unsealed

**Do these minutes contain ruling(s) on motion(s)?** ❑     YES     ❑     NO

**TEXT:**
- Pursuant to Federal Rule of Criminal Procedure 11, the Magistrate Judge did administer the allocution. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced. The Magistrate Judge recommends that the plea of guilty be accepted.
- Sentencing motions/submissions (apart from PSR objections) shall be submitted as follows: defendant's submissions due no later than March 7, 2018; the Govt's response due no later than March 14, 2018; and the defendant's reply, if any, due no later than March 21, 2018.